1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – SOUTHERN DIVISION

| IN-N-OUT BURGERS, | Case No. 2:07-cv-01556-LRH-LRL |
|---|---|
| Plaintiff, | Assigned for all purposes to the Hon. Larry R. Hicks, Dept. 5. |
| v. | |
| IN & OUT TIRE & AUTO INC., | **ORDER RE EXTENSION OF TIME FOR DEFENDANT IN & OUT TIRE& AUTO INC. TO RESPOND TO PLAINTIFF IN-N-OUT BURGERS' COMPLAINT** |
| Defendant. | |

## RECITALS

WHEREAS plaintiff IN-N-OUT BURGERS ("INO BURGERS") filed a complaint for Trademark Infringement in the above-captioned matter on November 20, 2007 ("Complaint");

WHEREAS defendant IN & OUT TIRE & AUTO INC.'s ("TIRE & AUTO") response to the Complaint is due on December 18, 2007;

WHEREAS INO BURGERS has agreed to extend the time for TIRE & AUTO to respond to the Complaint.

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below that TIRE & AUTO will have up to and including January 16, 2008 to respond to INO BURGERS' Complaint.

Dated: December 12, 2007     IN & OUT TIRE & AUTO INC.

By: _____
Hassan Marchoud
Its: President

[Additional Signature On Following Page]

2

Dated:      December 13, 2007      Respectfully submitted,

By: _____
Michael J. McCue, Esq.
Lewis & Roca, LLP

M. Kelly Tillery, Esq. (PA Bar No. 30380)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4000
Facsimile: 215.981.4750
E-mail: tilleryk@pepprelaw.com

Michael A. Rule, Esq. (CA Bar No. 152452)
Becky Hsiao, Esq. (CA Bar No. 232361)
PEPPER HAMILTON LLP
5 Park Plaza, Suite 1700
Irvine, CA 92614-8503
Telephone: 949.567.2500
Facsimile 949. 863.0151
E-Mail: hsiaob@pepperlaw.com

Attorneys for IN-N-OUT BURGERS

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2007