IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation, | Case No. 2:07-cv-01556-LRH-LRL |
| Plaintiff, | ORDER    FOR EXTENSION OF TIME TO ANSWER COMPLAINT |
| v. | |
| IN & OUT TIRE & AUTO, INC., a Nevada corporation, | (Second Request) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-1, Defendant In & Out Tire & Auto, Inc. and Plaintiff In-N-Out Burgers hereby stipulate to an extension of time until January 23, 2007, for Defendant to answer Plaintiff's Complaint.

Plaintiff's Complaint was filed on November 20, 2007, and Defendant was served on November 28, 2007. Defendant's response to the Complaint was originally due by December 17, 2007.

After Defendant was served, Plaintiff provided Defendant with a thirty (30) day extension to respond to the Complaint. Between the date that Defendant was served, and January 16,

1

2008, the parties were engaged in settlement discussions. Those discussions have not resulted in a settlement of this action.

On January 16, 2008, Defense counsel contacted Plaintiff's counsel and requested a one (1) week extension of time to answer Plaintiff's Complaint. Plaintiff's counsel has agreed to the extension.

This Stipulation is made for good cause and not for purposes of delay.

IS SO STIPULATED:

Dated: 1/17/08

By: /s/
Michael D. Rounds
Matthew D. Francis
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511

Attorneys for Defendant
In & Out Tire & Auto, Inc.

Dated: 1/17/08

By: /s/
Michael J. McCue
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169

M. Kelly Tillery
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  191903-2799

Michael A. Rule
Becky Hsiao
PEPPER HAMILTON LLP
5 Park Plaza, Suite 1700
Irvine, CA  92614

Attorneys for Plaintiff In-N-Out Burgers

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  January 18, 2008